1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7  BESSIE N. MITCHELL,
                                        NO: 2:19-CV-0296-TOR
8                  Plaintiff,
                                        ORDER OF DISMISSAL WITH
9        v.                             PREJUDICE

10 ALLSTATE PROPERTY and
   CASUALTY INSURANCE CO., a
11 foreign corporation,

12                 Defendant.

13

14     BEFORE THE COURT is the parties' Stipulation to Dismiss (ECF No. 18).

15 The parties stipulate that the Plaintiff's Complaint against Defendant having been

16 fully compromised and settled, shall be dismissed with prejudice and without costs

17 or fees to any party.  The Court has reviewed the record and files herein, and is

18 fully informed.

19     According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

20 a stipulation signed by all parties who have appeared.


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or fees to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 13, 2021.



THOMAS O. RICE
United States District Judge